**GLENSIDE STEEL COMPANY and Gerry Schmitt and Company, Appellants,**

v.

**The UNITED STATES, Appellee.**

**Customs Appeal No. 74–18.**

United States Court of Customs and Patent Appeals.

Oct. 17, 1974.

David O. Elliott, New York City (Barnes, Richardson & Colburn, New York City), attys. of record, for appellants. Irving Levine and Hadley S. King, New York City, of counsel.

Carla A. Hills, Asst. Atty. Gen., Andrew P. Vance, Chief, Customs Section, James Caffentzis and Robert Masters, New York City, for United States.

Before MARKEY, Chief Judge, and RICH, BALDWIN, LANE and MILLER, Judges.

PER CURIAM.

This appeal is from the judgment of the United States Customs Court, 71 Cust.Ct. 23, C.D. 4466, 364 F.Supp. 1398 (1973). The court held that plaintiffs (appellants here) had failed to overcome the presumption of correctness attaching to the appraisement of the salvaged steel, and that plaintiffs had failed to prove that their claimed values were correct.

After a thorough consideration of the record, of the briefs, and of the oral arguments, we have concluded that we are in full agreement with the opinion of the Customs Court, and we adopt it as our own. The judgment is affirmed.